93 A.3d 757

IN THE MATTER OF KARIM K. ARZADI, AN ATTORNEY AT LAW (ATTORNEY NO. 012581987).

July 7, 2014.

**ORDER**

This matter having been presented, it is ORDERED that **KARIM K. ARZADI** of **PERTH AMBOY,** who was admitted to the bar of this State in 1987, and who was suspended from the practice of law for a period of six months effective January 3, 2014, by Order of this Court filed December 5, 2013, be restored to the practice of law, effective immediately.